626 A.2d 513

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Derrick WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1992.

Decided May 27, 1993.

Daniel M. Preminger, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Alan Sacks, Philadelphia, for appellee.

Before NIX, C.J., and ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.

FLAHERTY, J., did not participate in the consideration or decision of this case.